# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 1:24-cr-00042 |
| ROBERT POWELL, | Magistrate Judge McShain |
| Defendant. | |

## ORDER

     Initial appearance and removal proceedings held on 01/24/2024. Defendant appears in response to arrest in this District on 01/24/2024. Government, defense counsel, and Defendant appear in-person. Pretrial appeared by telephone. Retained counsel Attorney Jennifer Snyder appears on behalf of the Defendant. Defendant informed of his rights. Defendant informed of the charges against him as well the maximum possible sentence/fine if convicted of the charges. The Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C § 3142(f)(2)(A). In-person detention hearing is set for 01/29/2024 at 12:00 p.m. in Courtroom 1025. Pretrial Services may participate in the hearing telephonically. Any potential third-party custodian is required to attend the detention hearing in-person on 01/29/2024. Defendant will advise the Court on 01/29/2024 as to his position on an identity hearing. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court.

T: 00:15

_____
**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: January 24, 2024**