IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) | Case No: 24cr42-1 |
| v. | ) | Magistrate Judge: M. David Weisman |
| Robert Powell, | ) | |
| Defendant(s), | ) | |

**ORDER**

    Detention hearing held. Parties orally expressed their concerns regarding certain proposed conditions of release and as modified by the Court, the parties agree on certain conditions of release. The Government's prior motion to detain defendant is denied as moot. Enter Condition of Release and Appearance Bond. Defendant shall be released after processing. Defendant advised the Court that he is waiving his right to a so-called identity hearing. Fed. R. Crim. P. 5(c)(3)(D)(ii). Enter Order Requiring A Defendant To Appear In The District Where Charges Are Pending And Transferring Bail.

T: (00:40)

Date: February 2, 2024

M. David Weisman
United States Magistrate Judge