

# UNITED STATES DISTRICT COURT
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**  (312) 435-5670
**Clerk**

## Transfer of Criminal Case

2/2/2024

District of Columbia

Case Title: USA v. Powell

Northern District of Illinois Case No.: 24cr42-1    Other Court's Case No.:

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**   ☐ In   ☒ Out

☒ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☒ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ **F.R.Cr.P. 20**  ☐ **F.R.Cr.P. 21**                    ☐ In    ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                Sincerely,
                Thomas G. Bruton, Clerk of Court

                By: /s/S. Bouchard
                    Deputy Clerk

---

### TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

Date:                                    Clerk, U.S. District Court
                                         By:
                                         Deputy Clerk

Revised 10/03/16